UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **RODERICK WOODS**  )<br>    Plaintiff,          )<br>                         )<br>v.                     )<br>                         )<br>**GC SERVICES, LP**   )<br>    Defendant,       )<br>                         ) | Civil Action No. 3:15-cv-10792-MGM |

### NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DIMISSSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Roderick Woods ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Dated: March 19, 2015

RESPECTFULLY SUBMITTED:

/s/ Kevin V. K. Crick
Kevin V. K. Crick, Esq.
Rights Protection Law Group, PLLC
8 Faneuil Hall Marketplace, Third Floor
Boston, MA 02109
Phone: (978) 420-4068
Fax: (978) 420-4062
Email: k.crick@rightsprotect.com
Attorney for Plaintiff

**PROOF OF SERVICE**

I hereby certify that on March 19, 2015, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email.  Parties may access this filing through the court's system.

/s/ Kevin V. K. Crick, Esq.